

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC**,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

## O R D E R

Appellee's third motion for extension of time to file its brief is GRANTED. Appellee's brief is due no later than March 4, 2020. This is the final extension of time appellee will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court